IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILE HUGGINS,<br><br>              Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:12-cv-00715-BSJ-FM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court. As such, the parties respectfully request that the Initial Pretrial Conference scheduled for May 24, 2012 be cancelled.

Dated:      New York, New York
               May 11, 2012

**LAW OFFICES OF EDWARD GARFINKEL**

By: _/s/ Kevin Barry McHugh_
Kevin Barry McHugh
*Attorneys for Defendant*
Monarch Recovery Management, Inc.
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
(718) 250-1123

**LAW OFFICES OF ALLISON POLESKY, P.C.**

By: _/s/ Allison D. Polesky_
Allison D. Polesky (AP5446)
*Attorney for Plaintiff*
511 Avenue of the Americas, Suite 712
New York, New York 10011
(866) 479-9500