UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
EMILE HUGGINS,

         Plaintiff,

    - against -

MONARCH RECOVERY MANAGEMENT, INC.,


         Defendant.
-------------------------------------------------------------------------

1:12-CV-00715-BSJ-FM

:STIPULATION OF
:DISCONTINUANCE
:**WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:  New York, New York
      May 16, 2012

**LAW OFFICES OF EDWARD GARFINKEL**  **LAW OFFICES OF ALLISON POLESKY, P.C.**

By: _/s/ Kevin McHugh_        By: _/s/ Allison Polesky_
Kevin Barry McHugh          Allison D. Polesky (AP5446)
*Attorneys for Defendant*        *Attorney for Plaintiff*
Monarch Recovery Management, Inc.   511 Avenue of the Americas, Suite 712
12 Metrotech Center, 28th Floor     New York, New York 10011
Brooklyn, New York 11201       (866) 479-9500
(718) 250-1123

**SO ORDERED:**

_/s/ Barbara S. Jones_
USDJ
5/21/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/12